**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TRAVIS VAUGHN BERGER, Individually and as Trustee of the Travis Vaughn Berger Name, Image, and Likeness Trust** — **PLAINTIFF**

**V.** — **CASE NO. 5:26-CV-5164**

**POLARIS HOME FUNDING CORPORATION, et al.** — **DEFENDANTS**

# JUDGMENT

For the reasons stated in the Order filed this day **IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 27th day of October, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE